■ LOUIS FROMMA, Respondent, v. 1562 OCEAN REALTY COMPANY, Appellant.— In an action to recover damages for personal injuries, defendant appeals from an order of the Supreme Court, Kings County, dated February 6, 1962, which denied its motion, made pursuant to rule 156 of the Rules of Civil Practice, to dismiss the complaint for lack of prosecution. Order affirmed, with $10 costs and disbursements. No opinion. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.